IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LYLE N. WEST and GINA M. WEST, ⠀⠀⠀Plaintiffs, ⠀v. ⠀JPMORGAN CHASE BANK, N.A., ⠀⠀⠀Defendant. | Civil Action No. 7:13-CV-00112-HL |

## ORDER STAYING ACTION

This case is before the Court on the parties' Joint Motion to Stay Action. The parties request that this action be stayed for a period of sixty (60) days to allow time o complete a trial modification period, to determine if a permanent loan modification of the subject mortgage loan will be instituted, and if a permanent modification will resolve the dispute between the parties.

ACCORDINGLY, the Court **GRANTS** the parties' Joint Motion to Stay Action. This action is hereby stayed for a period of sixty (60) days from the date of this Order.

IT IS SO ORDERED, this 2nd day of October 2013.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀s/Hugh Lawson
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Hugh Lawson
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀United States District Judge